UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRUDY PATTERSON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-418-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Administrative Law Judge's decision shall be affirmed and the Plaintiff's appeal shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

Doc#45431