MIDDLE DISTRICT OF LOUISIANA

TRUDY PATTERSON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-418-FJP-CN

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, affirming the Administrative Law Judge's decision and dismissing the Plaintiff's appeal, with prejudice.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45431